# Court of Appeals
# of the State of Georgia

ATLANTA, __January 21, 2014__

*The Court of Appeals hereby passes the following order:*

## A14D0201.  LOCKETT v. CITY OF ATLANTA.

Sharon Kay Lockett seeks discretionary review of the trial court's order denying her request to file a complaint in forma pauperis.[1]  OCGA § 9-15-2 (d) provides that "[a]n order denying filing shall be appealable in the same manner as an order dismissing an action." Accordingly, this application for discretionary appeal is GRANTED pursuant to OCGA § 5-6-35 (j). See *In re Lawsuits of Carter*, 235 Ga. App. 551 (510 SE2d 91) (1998).  Lockett shall have ten days from the date of this order to file a notice of appeal with the trial court.  If she has already filed a notice of appeal from the order at issue, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/21/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*

---

[1] Lockett filed her application with the Supreme Court, which transferred the matter to this Court.